IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　Plaintiff,<br>　　v.<br>RUTHIA HE, et al.,<br>　　　　Defendants. | Case No. 25-mc-80330-CRB<br><br>**ORDER GRANTING MOTION AND DISMISSING CASE** |

On August 20, 2025, this Court granted Defendant Ruthia He's Rule 17(c) subpoena for certain medical records from the Texas State Board of Pharmacy. Order (dkt. 337) in 24-cr-00329-CRB. The State Board then filed a motion to quash in the Western District of Texas. Mot. to Quash (dkt. 1). The Texas court proceeded to transfer the case back to this Court. Transfer Order (dkt. 7). The Court then held a hearing on the subpoena on October 3, 2025. Hearing Minutes (dkt. 434) in 24-cr-00329-CRB. The Court had concerns with the relevance of the records sought—they post-dated much of the relevant time frame—and reserved ruling to see how trial developed, with the State Board being required to compile all requested records in the event immediate production was warranted. After observing the events of trial, the Court now **GRANTS** the State Board's motion to quash because the records Ms. He sought were not relevant and closes this case.

**IT IS SO ORDERED.**

Dated: December 23, 2025

_____
CHARLES R. BREYER
United States District Judge